UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORILLARD TOBACCO COMPANY, a
Delaware corporation,

                    Plaintiff,

v.

YAZAN'S SERVICE PLAZA, INC., a
Michigan corporation,

                    Defendants.
_____ /

Case Number: 05-70804

JUDGE PAUL D. BORMAN
MAG. JUDGE WALLACE CAPEL, JR.
UNITED STATES DISTRICT COURT

## **OPINION AND ORDER:**

Recently, in *Safeco Ins. Co. of America v. Charles Burr*, 127 S.Ct. 2201 (2007), the Supreme Court held that:

> [W]illfully is a word of many meanings whose construction is often dependant on the context in which it appears, and where willfulness is a statutory condition of civil liability, we have generally taken it to cover not only knowing violations of a standard, but reckless ones as well.

*Id*. at 2208 (citations and quotations omitted). In that opinion, the Supreme Court also found that:

> While the term recklessness is not self-defining, the common law has generally understood it in the sphere of civil liability as conduct violating an objective standard: action entailing an unjustifiably high risk of harm that is either known or so obvious that it should be known.

*Id*. at 2215 (citations and quotations omitted).

In light of the *Safeco* opinion, the Court requests that the parties submit a five page supplemental brief on the applicability of the opinion, and its discussion of willfulness, as it

1

applies to the case at bar. The parties must both submit said briefs no later than 5 p.m. on Wednesday, June 13, 2007.

**SO ORDERED.**


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 11, 2007.


s/Denise Goodine
Case Manager